UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

BRANDON JAMAAL BURKS,
    Plaintiff,

vs.                                                Case No.:  3:24cv00019/LAC/ZCB

SGT LASQUBIA MCWILLIAMS,
et al.,
    Defendants.
_____/

## **ORDER**

The magistrate judge issued a Report and Recommendation on May 6, 2024. (Doc. 12). The Court furnished the plaintiff a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of Plaintiff's timely filed objections. Plaintiff also filed other claims and documents which do not pertain to the subject matter of the complaint.

Having considered the Report and Recommendation, and the objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.    The magistrate judge's Report and Recommendation (Doc. 12) is adopted and incorporated by reference in this order.

2. This case is **DISMISSED** for Plaintiff's failure to state a claim upon which relief can be granted under 28 U.S.C. §§ 1915(e)(2)(B)(ii) and 1915A(b)(1).

3. The Clerk of Court is directed to enter judgment in accordance with this order and close the case.

**DONE AND ORDERED** on this 29th day of May, 2024.

                                                                         s/*L.A. Collier*
                                                                         Lacey A. Collier
                                           Senior United States District Judge